IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICK-JAMES SIMMONS,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **FREDRICK HARRAN,** *et al.*, | : | |
| *Defendants*. | : | **NO. 25-cv-3776** |

## ORDER

AND NOW, this **30th day** of **January 2026**, upon consideration of Defendants Dave Shearn (captioned incorrectly as "Shern"), Michael-Ann Andrusiak, Mark Alicia, Jonathan Sunderlin, Dan Steele, Denea Durham, Dennis Harding, Jamie Kemm, Kent Kaylor, Sam Shehu, Brooke Meade, Lisa McLawler, Kevin S. Bradford, Jenny Scraic, Emily Hoffman, Adam Swalm, Sarah Vandergest, and Thomas Tran's[1] (collectively, the "Commonwealth Defendants") Motion to Dismiss Complaint (ECF No. 28); Defendant Kristie Wolf-Maloney's (captioned incorrectly as "Wolf-Malhoney") Motion to Dismiss (ECF No. 29); Plaintiff's responses to the Motions to Dismiss (ECF Nos. 33, 34); and Defendant Wolf-Maloney's reply in support of her Motion to Dismiss (ECF No. 36), and the docket, it is hereby **ORDERED** as follows:

1. The two Motions to Dismiss (ECF Nos. 28 and 29) are **GRANTED** for the reasons set forth in the accompanying memorandum.

2. All claims against the Commonwealth Defendants and Defendant Wolf-Maloney in the Complaint (ECF No. 1) are **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court shall terminate Defendants Dave Shearn, Michael-Ann Andrusiak, Mark Alicia, Jonathan Sunderlin, Dan Steele, Denea Durham, Dennis Harding, Jamie

---

[1] Defendant Thomas Tran requested that the Court deem him as having joined in the other Commonwealth Defendants' Motion to Dismiss Plaintiff's Complaint (ECF No. 28) in a praecipe dated November 21, 2025, ECF No. 30, which the Court granted, ECF No. 31.

Kemm, Kent Kaylor, Sam Shehu, Brooke Meade, Lisa McLawler, Kevin S. Bradford, Jenny Scraic, Emily Hoffman, Adam Swalm, Sarah Vandergest, Thomas Tran, and Kristie Wolf-Maloney from the above-captioned action.

**BY THE COURT:**

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, JUDGE**